ABRAMS, FENSTERMAN, FENSTERMAN,
EISMAN, FORMATO, FERRARA,
WOLF & CARONE, LLP
81 Main Street, Suite 306
White Plains, New York 10601
(914) 607-7010
Robert A. Spolzino

Counsel for Rabbi Mayer Zaks

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>MOSDOS CHOFETZ CHAIM INC.,<br><br>　　　　　　　Debtor. | Chapter 11 - Post Confirmation<br><br>Case No. 12-23616-rdd |
| CONGREGANTS OF MOSDOS CHOFETZ CHAIM INC. A/K/A KIRYAS RADIN,<br><br>　　　　　　　Plaintiffs,<br><br>　　　　　-against-<br><br>MOSDOS CHOFETZ CHAIM INC., CHOFETZ CHAIM INC., TBG RADIN LLC, SHEM OLAM, LLC, CONGREGATION RADIN DEVELOPMENT INC., ARYEH ZAKS, BEATRICE WALDMAN ZAKS, MENDEL ZAKS, GITTEL ZAKS LAYOSH, ELIYAHU LAYOSH, SAMUEL MARKOWITZ, DEBORAH ZAKS HILLMAN, YOM T. HENIG, STEVEN GREEN, DANIEL GREEN, ABRAHAM ZAKS and STERLING NATIONAL BANK,<br><br>　　　　　　　Defendants. | Adv. Pro. No. 21-7023-rdd |

**NOTICE OF APPEAL**

　　　　PLEASE TAKE NOTICE, pursuant to Federal Rule of Bankruptcy Procedure 8002(a),

that aggrieved party Rabbi Mayer Zaks, against whom a permanent injunction has been issued, hereby appeals, pursuant to 28 U.S.C. §158(a) to the United States District Court for the Southern District of New York from the Modified Order entered on May 25, 2021 in this Adversary Proceeding [ECF Docket No. 24] (the "Modified Order"). A copy of the Modified Order is attached. In accordance with Rule 8004-1 of the United States District Court for the Southern District of New York, the names of the parties and the appellant affected by the Modified Order and their respective attorneys of record are listed below:

Party   Name         Represented by

| Party | Name | Represented by |
|---|---|---|
| Appellant | Rabbi Mayer Zaks | Robert Spolzino<br>ABRAMS, FENSTERMAN, FENSTERMAN, EISMAN, FORMATO, FERRARA, WOLF & CARONE, LLP<br>81 Main Street, Suite 306<br>White Plains, New York 10601<br>914-476-0600<br>e-mail: rspolzino@abramslaw.com |
| Plaintiff | Congregants of Mosdos Chofetz Chaim, Inc. | Brian K. Condon<br>CONDON PAXOS PLLC<br>55 Old Turnpike Road Suite 502<br>Nanuet, NY 10954<br>845-627-8500<br>email: Brian@CondonPaxos.com |
| Defendant | Mosdos Chofetz Chaim Inc. | Michael Levine<br>LEVINE & ASSOCIATES, P.C.<br>15 Barclay Road Scarsdale, NY 10583<br>914-600-4288<br>email: ml@levlaw.org |
| Defendant | Chofetz Chaim Inc. | Michael Levine<br>(see above for address) |
| Defendant | TBG Radin LLC | Pro Se |
| Defendant | Shem Olam LLC | Pro Se |
| Defendant | Congregation Radin Development Inc. | Tracy L. Klestadt<br>KLESTADT WINTERS JURELLER SOUTHARD & STEVENS<br>200 West 41st Street, 17th Floor<br>New York, NY 10036-7203 |

|  |  | 212-972-3000<br>e-mail: tklestadt@klestadt.com |
| --- | --- | --- |
| Defendant | Aryeh Zaks | Pro Se |
| Defendant | Beatrice Waldman Zaks | Pro Se |
| Defendant | Eliyahu Layosh | Pro Se |
| Defendant | Mendel Zaks | Pro Se |
| Defendant | Gittel Zaks Layosh | Pro Se |
| Defendant | Samuel Markowitz | Pro Se |
| Defendant | Yom T. Henig | Pro Se |
| Defendant | Deborah Zaks Hillman | Pro Se |
| Defendant | Steven Green | Pro Se |
| Defendant | Daniel Green | Pro Se |
| Defendant | Abraham Zaks | Pro Se |
| Defendant | Sterling National Bank | Pro Se |

Dated: White Plains, New York
June 7, 2021

                            Respectfully submitted,

                            ABRAMS, FENSTERMAN, FENSTERMAN, EISMAN, FORMATO, FERRARA, WOLF & CARONE, LLP

By: _____
     Robert A. Spolzino
     81 Main Street, Suite 306
     White Plains, New York 10601
     (914) 476-0600

     Counsel for Rabbi Mayer Zaks

3