UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------X
In re:                                                                          : Chapter 11

MOSDOS CHOFETZ CHAIM INC.,                                  Case No. 12-23616-rdd
                                                                                  : Post-Confirmation

                                          Debtor.
------------------------------------------------X
CONGREGANTS OF MOSDOS CHOFETZ CHAIM INC.
A/K/A KIRYAS RADIN,                                                 : Adv. Pro. No. 21-07023-rdd
                                        Plaintiff,
                  - against –                                             :

MOSDOS CHOFETZ CHAIM INC., CHOFETZ CHAIM INC.,:
TBG RADIN LLC, SHEM OLAM, LLC, CONGREGATION
RADIN DEVELOPMENT INC., ARYEH ZAKS, BEATRICE  :
WALDMAN ZAKS, MENDEL ZAKS, GITTEL ZAKS
LAYOSH, ELIYAHU LAYOSH, SAMUEL MARKOWITZ,    :
DEBORAH ZAKS HILLMAN, YOM T. HENIG, STEVEN
GREEN, DANIEL GREEN, ABRAHAM ZAKS and STERLING
NATIONAL BANK,
                                        Defendants.              :
------------------------------------------------X

**ORDER MODIFYING A PROVISION IN THE COURT'S
MAY 25, 2021 MODIFIED ORDER GRANTING INJUNCTIVE RELIEF**

The Court having issued a Modified Order Granting Injunctive Relief on March 25, 2021 [DE-24] (the "Injunction"); and, after due deliberation and in the light of the record of the hearing held by the Court on June 11, 2021 on the Motion by certain of the defendants herein to hold certain persons in contempt of the Injunction and for the imposition of sanctions, the Court having determined under Fed. R. Bankr. P. 9023 to modify one of the provisions of the Injunction, it is hereby

**ORDERED** that the provision appearing on page 4 of the Injunction that presently reads:

Provided, and for the avoidance of doubt, this Order shall not be construed as permitting CRDI or CCI to bar any person who has a valid written lease from CRDI from entering the CRDI Property for the purpose of occupying his or her leased unit thereon or any other appurtenant rights

is hereby stricken and replaced by the following:

> Provided, and for the avoidance of doubt, this Order shall not be construed as permitting CRDI or CCI to bar any person who (i) has a valid written lease from CRDI, or (ii) has the legal right to possession of such residential unit pursuant to New York law (and is not a squatter) from entering the CRDI Property for the purpose of entering, occupying or exiting his or her leased unit thereon or any other appurtenant rights.

and it is further

**ORDERED** that all other provision of the Injunction shall remain unmodified and in full force and effect.

Dated: White Plains, New York
         June 14, 2021

                                                        */s/ Robert D. Drain*
                                                        Honorable Robert D. Drain
                                                        United States Bankruptcy Judge