M. David Graubard, Esq.
Attorney for Alleged Comtemnors
71-18 Main Street
Flushing, NY 11367
(212) 681-1436

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re

MOSDOS CHOFETZ CHAIM INC.,

                            Debtor.
-----------------------------------------------------------x
CONGREGANTS OF MOSDOS CHOFETZ
INC. A/K/A KIRYAS RADIN,

                            Plaintiff

      -against-

MOSDOS CHOFETZ CHAIM INC., CHOFETZ
CHAIM INC., TBG RADIN LLC, CHEM OLAM,
LLC, CONGREGATION RADIN DEVELOPMENT
INC., ARYEH ZAKS, BEATRICE WALDMAN
ZAKS, MENDEL ZAKS, GITTEL ZAKS LAYOSH,
ELIYAHU LAYOSH, SAMUEL MARKOWITZ,
DEBORAH ZAKS HILLAN, YOM T. HENIG,
STEVEN GREEN, DANIEL GREEN, ABRAHAM
ZAKS and STERLING NATIONAL BANK,

                            Defendants.
-----------------------------------------------------------x

Chapter 11
Case No. 12-23616-rdd
Post-Confirmation

SPECIAL AND LIMITED
NOTICE OF APPEARANCE

Adv. Pro No. 21-07023-rdd

**PLEASE TAKE NOTICE** that M. David Graubard, Esq., hereby makes a special and limited appearance as counsel for Rabbi Mayer Zaks, Nachum Brody, Leah Toby Zaks Brody, Yisroel Hochman, Faige Zaks Hochman, Sima Weintraub Zaks, Shimon

Zaks and Leah Bergman Zaks, solely in their capacity as Respondents on the Motion for Contempt, and demand is hereby made that copies of all pleadings and other documents filed or served in connection with the Contempt Motion, be served upon us at our offices at the following address:

        M. David Graubard, Esq.
        71-18 Main Street
        Flushing, NY 11367
        (212) 681-1436
        E-mail: dgraubard@keragraubard.com

Dated:    Flushing, New York
            June 16, 2021

        M. DAVID GRAUBARD, ESQ.
        Attorney for Respondents on Contempt Motion

        By: _____
        M. David Graubard, Esq. (MDG 5442)
        71-18 Main Street
        Flushing, NY 11367
        (212) 681-1436
        dgraubard@keragraubard.com