**Michael Levine, Esq.**
**LEVINE & ASSOCIATES, P.C.**
15 Barclay Road
Scarsdale, NY 10583
Telephone (914) 600-45288
*Attorneys for Defendants Mosdos and Chofetz Chaim, Inc.*

| Hearing Date: February 7, 2022 |
| Hearing Time: 10 am EST |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------X
In re:                                                                          : Chapter 11

**MOSDOS CHOFETZ CHAIM INC.,**                          Case No. 12-23616(rdd)
                                                                                : Post-Confirmation
                                Debtor.
------------------------------------------------X
**CONGREGANTS OF MOSDOS CHOFETZ CHAIM INC.**
**A/K/A KIRYAS RADIN,**                                        : Adv. Pro. No. 21-07023
                                Plaintiff,
          - against –                                                  :

**MOSDOS CHOFETZ CHAIM INC., CHOFETZ CHAIM INC.,** :
**TBG RADIN LLC, SHEM OLAM, LLC, CONGREGATION**
**RADIN DEVELOPMENT INC., ARYEH ZAKS, BEATRICE**  :
**WALDMAN ZAKS, MENDEL ZAKS, GITTEL ZAKS**
**LAYOSH, ELIYAHU LAYOSH, SAMUEL MARKOWITZ,**    :
**DEBORAH ZAKS HILLMAN, YOM T. HENIG, STEVEN**
**GREEN, DANIEL GREEN, ABRAHAM ZAKS and STERLING** :
**NATIONAL BANK,**
                                Defendants.                       :
------------------------------------------------X

**NOTICE OF RESUMPTION OF EVIDENTIARY HEARING ON SECOND MOTION**
**BY CERTAIN DEFENDANTS FOR AN ORDER (I) ENTERING MONETARY**
**JUDGMENTS; (II) ASSESSING ACTUAL AND PUNITIVE DAMAGES; AND (III)**
**DIRECTING THAT A WRIT OF BODY ATTACHMENT BE ENTERED FOR**
<u>**ANY FUTURE VIOLATIONS OF THE COURT'S MAY 20, 2021 INJUNCTION**</u>

**PLEASE TAKE NOTICE** that the continuation of the evidentiary hearing that commenced on December 2, 2021 on the motion [DE-134] by certain defendants for an order entering monetary judgments against Rabbi Mayer Zaks, Nachum Brody, Shimon Zaks, Yisroel Hochman, Leah Bergman Zaks, Leah Toby Zaks Brody, Faige Zaks Hochman and Sima Weintraub Zaks; (ii) assessing actual and punitive damages; and (iii) ordering that a writ of body

attachment be entered for any future violations of the court's May 20, 2021 injunction and/or September 8, 2021 Enforcement Order will take place before the United States Bankruptcy Court for the Southern District of New York (Hon. Robert D. Drain), via a ZoomGov remote virtual appearance at the United States Courthouse, located at 300 Quarropas Street, White Plains, NY 10601, on the 7th day of February, 2022, at 10:00 a.m. prevailing Eastern Time, or as soon thereafter as counsel can be heard.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with General Order M-543, the Hearing will be conducted virtually using both telephonic and videoconferencing solutions as set forth herein. The Court shall utilize Zoom (for audio and video purposes). The Zoom link shall be provided by the Court to any persons wishing to participate in the hearing. To participate, you must contact the Clerk's Office, Attn: Mr. Eddie Andino for instructions on registering for an appearance. In the event that there is an error or malfunction with Zoom, the Hearing will proceed by-dial-in by using the telephone number provided in the Zoom dial-in invitation or another number to be provided by the Court if that dial-in number also does not function properly.

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be adjourned from time to time as set forth in open Court and without further notice.

Dated: Edgemont, New York
February 2, 2022

LEVINE & ASSOCIATES, P.C.

By: _____s/*Michael Levine*_____
Michael Levine
15 Barclay Road
Scarsdale, NY 10583
Telephone (914) 600-4288
Facsimile (914) 725-4778
e-mail: ml@LevLaw.org
*Attorneys for Defendants Mosdos and Chofetz Chaim Inc.*