UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------X

In re: : Chapter 11

MOSDOS CHOFETZ CHAIM INC., : Case No. 12-23616-rdd
                      Debtor. :

------------------------------------------------X

CONGREGANTS OF MOSDOS CHOFETZ CHAIM INC.
A/K/A KIRYAS RADIN, : Adv. Pro. No. 21-07023-rdd
                      Plaintiff,

- against – : WPBC 22,0024

MOSDOS CHOFETZ CHAIM INC., CHOFETZ CHAIM :
INC., TBG RADIN LLC, SHEM OLAM, LLC,
CONGREGATION RADIN DEVELOPMENT INC., ARYEH :
ZAKS, BEATRICE WALDMAN ZAKS, MENDEL ZAKS,
GITTEL ZAKS LAYOSH, ELIYAHU LAYOSH, SAMUEL :
MARKOWITZ, DEBORAH ZAKS HILLMAN, YOM T.
HENIG, STEVEN GREEN, DANIEL GREEN, ABRAHAM :
ZAKS and STERLING NATIONAL BANK,
                      Defendants. :

------------------------------------------------X

## JUDGMENT AGAINST SHIMON ZAKS

For the reasons set forth in the "Order and Judgment Partially Granting and Partially Denying the Motion by Certain Defendants for the Imposition of Contempt Sanctions," of even date herewith, **Judgment** is hereby granted to Defendant **CONGREGATION RADIN DEVELOPMENT INC.**, and against **SHIMON ZAKS**, of 14 Cloverdale Lane, Monsey, New York and 1 Kiryas Radin Drive, Monsey, New York, in the amount of Five Thousand Dollars (**$5,000.00**), with post-judgment interest accruing thereon at the federal rate from and after the date of this Judgment. No execution may be issued on this judgment, nor may proceedings be taken to enforce it, until fourteen (14) days have passed since the date of this Judgment.

Dated: White Plains, New York
      April 14, 2022

                                                /s/ Robert D. Drain
                                       **HONORABLE ROBERT D. DRAIN**
                                        **UNITED STATES BANKRUPTCY JUDGE**