# EXHIBIT G

```
                    UNITED STATES BANKRUPTCY COURT
 1                  SOUTHERN DISTRICT OF NEW YORK

 2  ┌─────────────────────────────────────────┐  Lead: 12-23616-rdd
    │ In re:is                                │  AP: 21-07023
 3  │      MOSDOS CHOFETZ CHAIM INC.,         │  White Plains, New York
    │                                         │  April 4, 2022
 4  │            Post-Confirmation Debtor.    │  10:11 a.m. - 6:15 p.m.
    └─────────────────────────────────────────┘
 5                    AP: 21-07023-RDD
              CONGREGANTS OF MOSDOS CHOFETZ CHAIM, INC.
 6               VS. MOSDOS CHOFETZ CHAIM INC. ET AL
```

- NOTICE OF ADJOURNMENT OF HEARING THAT WAS HELD ON MARCH 4, 2022 TO NEW DATE OF APRIL 4, 2022 AT 10:00 A.M. (RELATED DOCS 174, 136) FILED BY M. DAVID GRAUBARD ON BEHALF OF LEAH TOBY ZAKS BRODY, NOCHUM BRODY, FAIGE ZAKS HOCHMAN, YISROEL HOCHMAN, MAYER ZAKS, SHIMON ZAKS, SIMA WEINTRAUB ZAKS (ECF #191)

- SECOND MOTION FOR SANCTIONS (WITH HEARING DATE INSERTED) FILED BY MICHAEL LEVINE ON BEHALF OF CHOFETZ CHAIM INC. WITH HEARING TO BE HELD ON 12/2/21 AT 09:30 AM AT VIDEOCONFERENCE (ZOOMGOV) (RDD); RESPONSES DUE BY 11/26/21, (ATTACHMENTS: #1 PLEADING HENOCH ZAKS DECLARATION, #2 EXHIBIT 1, ENFORCEMENT ORDER NO. 1, #3 EXHIBIT 2, NOTICE OF ENFORCEMENT ORDER, #4 EXHIBIT 3, AFFIDAVITS OF SERVICE OF NOTICE AND ENFORCEMENT ORDER, #5 EXHIBIT 4, ORIENTATION PHOTO, #6 EXHIBIT 5, TEXT MESSAGE, #7 EXHIBIT 6, ARON ZAKS PHOTOS, #8 EXHIBIT 7, MAYER ZAKS PHOTOS, #9 EXHIBIT 8, SHIMON/ARON ZAKS PHOTOS, #10 EXHIBIT 9, HENOCH ZAKS PHOTOS, #11 EXHIBIT 10, US MARSHAL WEBSITE PRINTOUT) (ECF #136)

RELATED DOCUMENTS:

- SECOND MOTION FOR SANCTIONS TO ENFORCE PRIOR INJUNCTION FILED BY MICHAEL LEVINE ON BEHALF OF CHOFETZ CHAIM INC., (ATTACHMENTS: #1 PLEADING HENOCH ZAKS DECLARATION, #2 EXHIBIT 1, ENFORCEMENT ORDER NO. 1, #3 EXHIBIT 2, NOTICE OF ENFORCEMENT ORDER, #4 EXHIBIT 3, AFFIDAVITS OF SERVICE OF NOTICE AND ENFORCEMENT ORDER, #5 EXHIBIT 4, ORIENTATION PHOTO, #6 EXHIBIT 5, TEXT MESSAGE, #7 EXHIBIT 6, ARON ZAKS PHOTOS, #8 EXHIBIT 7, MAYER ZAKS PHOTOS, #9 EXHIBIT 8, SHIMON/ARON ZAKS PHOTOS, #10 EXHIBIT 9, HENOCH ZAKS PHOTOS, #11 EXHIBIT 10, US MARSHAL WEBSITE PRINTOUT) (ECF #134)

- CERTIFICATE OF SERVICE OF SECOND MOTION FOR SANCTIONS (WITH HEARING DATE AFFIXED) (RELATED DOC 136) FILED BY MICHAEL LEVINE ON BEHALF OF CHOFETZ CHAIM INC. (ECF #137)

- LETTER ADVISING COURT OF DISTRICT COURT'S AFFIRMANCE OF INJUNCTION ORDERS FILED BY MICHAEL LEVINE ON BEHALF OF CHOFETZ CHAIM INC. (ATTACHMENT: EXHIBIT, DISTRICT COURT ORDER AFFIRMING INJUNCTION ORDERS)(ECF #160)

- TRANSCRIPT REGARDING HEARING HELD ON 03/04/22 AT 10:00 A.M. RE NOTICE OF ADJOURNMENT OF HEARING ON SECOND ENFORCEMENT MOTION AND

Rabbi Mayer Zaks - cross (Levine)                    148

1  A    I'm answering the question.
2  Q    -- is it true that the house has ten bedrooms.
3  A    You may not be happy, but I'm answering the question.
4  Don't interrupt me; I don't interrupt you.
5              THE COURT:  Rabbi Zaks, please.  The questions was,
6              RABBI M-ZAKS:  I'm answering the question, Your Honor.
7              THE COURT:  -- does the house have ten bedrooms.
8              RABBI M-ZAKS:  Not my house where I live.
9              THE COURT:  No, the 14 Cloverdale Lane house, does it
10 have ten bedrooms?
11             RABBI M-ZAKS:  Not the portion that I live in.
12             THE COURT:  Well --
13 Q    I'm not asking about where you're living.
14 A    It's split; there are two parts.  There's an addition to
15 the house that was built for people to be here for Shabbos and
16 during other times, who are broken-hearted people.  I have three
17 people sleeping here tonight who don't have anywhere to sleep.
18 And this is the reason that this addition was built.  A person
19 who knows that and is twisting the facts for some horrible
20 criminal scheme is something that's hard for me to listen to,
21 so, I'm answering the question as it's true.  I have where I
22 live; I have an extension that I built, so I should be able to
23 accommodate people who have no home, who are broken-hearted, who
24 are sick.
25             THE COURT:  Rabbi Zaks, I'm going to say this just

Rabbi Mayer Zaks - redirect (Graubard)                    156

1  A    Oh, at 14 Cloverdale Lane?
2  Q    Yes.
3  A    When I bought the house, maybe there were four or five, I
4  don't even know.  Four bedrooms I think it was.  I think so.
5  Four or five.  There was one like utility room, so I don't know
6  if you call it a bedroom.
7  Q    (Inaudible) when an extension was added to 14 Cloverdale.
8  A    Right.
9  Q    Was that a yes or no?
10 A    Yes, I added an extension.
11 Q    Okay.  And what was the purpose of adding on that
12 extension?
13 A    The purpose of the extension was for a (inaudible) house
14 where many, many people who have no family, nobody, who didn't
15 have any where to go, or were very, very sick, and many, many
16 people came here who tragically could not even cook for Shabbos,
17 so I made a decision at the time.  My in-laws were not -- they
18 were bellowing.  There was a discussion that they may have to
19 move in here.  So, when I built, I built a kessim (ph) house,
20 and I also built an apartment, a small apartment for them.
21 Q    Can you just explain what you mean by a kessim house.
22 A    It's a house that's built for having people there who have
23 no family, broken-hearted people, people who run through
24 problems or tragedy.  A person or family members during COVID
25 who were afraid to sleep along at night and slept here.  Many of

```
                  Rabbi Mayer Zaks - re-cross (Levine)              157
 1   these rooms were built with the people that helped me with
 2   bathrooms in the room, so the person should feel comfortable and
 3   not have to go out and share a bathroom.  So, therefore, the
 4   rooms have nothing to do with the house.  It's just a devious
 5   way of trying to paint a picture.
 6   Q   Other than your in-laws who occupy a small section, do any
 7   of your family, anyone related to you, live in that addition?
 8   A   No, they do not.
 9   Q   Okay.
10           MR. GRAUBARD:  Thank you.  I have no further
11   questions.  I would ask that ….  Well, Exhibit 105 is not being
12   offered in evidence, so there's nothing to object to.
13           MR. LEVINE:  I have a short redirect, Your Honor?
14   This is Michael Levine.
15           THE COURT:  Okay.
16                       RE-CROSS EXAMINATION
17   BY MR. LEVINE:
18   Q   Rabbi Zaks, most of the people that came to stay with you
19   at 14 Cloverdale, were there ever families that came?
20   A   Tragically, there were.
21   Q   Right.  So, there was room for those families?
22   A   Somebody lost their mother; a lot was lost --
23   Q   So, there was room for those families?
24   A   -- so I took in the family into my house.
25   Q   Okay.  So, there was room for families to stay at 14
```