# LEVINE & ASSOCIATES, P.C.
### ATTORNEYS-AT-LAW

**15 Barclay Road**
**Scarsdale, New York 10583**
**e-mail: ml@LevLaw.org**
**Fax (914) 725-4778**
**Telephone (914) 600-4288**

May 19, 2022

**Via ECF and email**

Hon. Robert D. Drain
U.S. Bankruptcy Court
300 Quarropas Street
White Plains, NY 10601-4140

*Re: Congregants of Mosdos v. Mosdos (21-07023)*

Dear Judge Drain:

The undersigned is counsel to certain of the Movants in the above-referenced adversary proceeding. Following up my letter to the Court of yesterday, the hearing that I am scheduled to attend before Judge Thorsen on June 1, 2022, is now scheduled for 2:00 pm. As such, if we are able to complete the hearing before this Court on the contemnors' motion for a stay pending appeal of this Court's Second enforcement Order before 1:00 pm on June 1, 2022, then my prior request to adjourn the same would not be necessary. If the Court does not believe that possible, however, given the lengthy calendar for that day, then my request to adjourn the hearing remains extant.

Thank you for your attention.

                Respectfully,

                *Michael Levine*

                MICHAEL LEVINE

cc.  All counsel (via email)