ABRAMS FENSTERMAN, LLP
81 Main Street, Suite 400
White Plains, New York 10601
(914) 607-7010
Daniel S. Alter
*Counsel for Nonparty Movants*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br>MOSDOS CHOFETZ CHAIM INC.,<br>Debtor. | Chapter 11 – Post Confirmation<br><br>Case No. 12-23616 (RDD) |
| CONGREGANTS OF MOSDOS CHOFETZ CHAIM INC. A/K/A KIRYAS RADIN,<br>Plaintiffs,<br>- against -<br>MOSDOS CHOFETZ CHAIM INC., CHOFETZ CHAIM INC., TBG RADIN LLC, SHEM OLAM, LLC, CONGREGATION RADIN DEVELOPMENT INC., ARYEH ZAKS, BEATRICE WALDMAN ZAKS, MENDEL ZAKS, GITTEL ZAKS LAYOSH, ELIYAHU LAYOSH, SAMUEL MARKOWITZ, DEBORAH ZAKS HILLMAN, YOM T. HENIG, STEVEN GREEN, DANIEL GREEN, ABRAHAM ZAKS and STERLING NATIONAL BANK,<br>Defendants. | Adv. Proc. No. 21-7023 (RDD)<br><br>**DECLARATION OF<br>DANIEL S. ALTER** |

DANIEL S. ALTER, under penalty of perjury and pursuant to 28 U.S.C. § 1746, submits this declaration in connection with the appeal bonds obtained by nonparties Rabbi Mayer Zaks, Sima Zaks Weintraub, Shimon Zaks, Nachum Z. Brody, Yisroel Hochman, and Faigy Hochman (collectively, "Stay Movants") in compliance with this Court's order of June 3, 2022 ("June 3rd Order").

1. I am an attorney for the Stay Movants, and I make this declaration based upon my personal knowledge.

2. Attached hereto as Exhibit A are true and correct copies of the appeal bonds issued today by Great American Insurance Co., 201 East 5th Street, Cincinnati, OH 45202, in favor of Congregation Radin Development Inc. ("CRDI Bond") and the Clerk of the United States Bankruptcy Court for the Southern District of New York ("Clerk's Bond").

3. The CRDI Bond is in the amount of $42,225 and secures the Stay Movants' payments for the use and custody of their homes for May, June, and July 2022, as directed by the June 3rd Order.

4. The Clerk's Bond is in the amount of $60,000 and secures the Stay Movants' payments for any coercive sanctions incurred during June and July 2022, as directed by the June 3rd Order.

5. The Stay Movants will promptly forward to CRDI and the Clerk of Court the original bond documentation when they receive it from the surety. That documentation is expected to arrive by early next week.

Dated: White Plains, New York
June 10, 2022        /s/ Daniel S. Alter
                    _____
                    Daniel S. Alter