# EXHIBIT 1

# Great American Insurance Company

In the <u>United States Bankruptcy</u> Court
<u>Southern District</u> State of New York

| | |
|---|---|
| MOSDOS CHOFETZ CHAIM INC. )<br>Debtor. )<br>)<br>CONGREGANTS OF MOSDOS CHOFETZ CHAIM INC. A/K/A/ KIRYAS RADIN, )<br>Plaintiff, )<br>)<br>vs )<br>)<br>)<br>MOSDOS CHOFETZ CHAIM INC., CHOFETZ CHAIM )<br>INC., TBG RADIN LLC, SHEM OLAM, LLC, )<br>CONGREGATION RADIN DEVELOPMENT INC., ARYEH )<br>ZAKS, BEATRICE WALDMAN ZAKS, MENDEL ZAKS, )<br>GITTEL ZAKS LAYOSH, ELIYAHU LAYOSH, SAMUEL MARKOWITZ, )<br>DEBORAH ZAKS HILLMAN, YOM T. )<br>HENIG, STEVEN GREEN, DANIEL GREEN, ABRAHAM ZAKS and )<br>STERLING NATIONAL BANK, )<br>)<br>Defendants, ) | Case No. <u>21-07023-rdd</u><br><br>UNDERTAKING UNDER<br>SECTION Appeal<br><br>Great American Insurance Company<br>301 E 4th St<br>Cincinnati, OH 45202 |

WHEREAS, the above named <u>Rabbi Mayer Zaks on behalf of the defendants</u> desires to give an undertaking for <u>Appeal</u> as provided in Section _____

NOW THEREFORE, the undersigned Surety, does hereby obligate itself, jointly and severally, to _____ MOSDOS CHOFETZ CHAIM INC., CONGREGANTS OF MOSDOS CHOFETZ CHAIM INC. A/K/A/ KIRYAS RADIN, under said statutory obligations in the sum of <u>Forty Thousand Two Hundred Twenty Five & 00/100</u> _____ Dollars ($ <u>42,225.00</u> ).

IN WITNESS WHEREOF, The corporate seal and name of the said Surety Company is hereto affixed and attested by <u>Valerie Aber</u> who declares under penalty of perjury that he is its duly authorized Attorney-in-Fact acting under an unrevoked power of attorney on file with the Clerk of the County in which above entitled Court is located.

Executed at <u>Litchfield Park, AZ</u>, 10th on <u>June 2022</u>

Bond No. <u>E706584</u>

Great American Insurance Company

Attorney-in-Fact Valerie Aber

A NOTARY PUBLIC OR OTHER OFFICER COMPLETING THIS CERTIFICATE VERIFIES ONLY THE IDENTITY OF THE INDIVIDUAL WHO SIGNED THE DOCUMENT TO WHICH THIS CERTIFICATE IS ATTACHED, AND NOT THE TRUTHFULNESS, ACCURACY, OR VALIDITY OF THAT DOCUMENT

STATE OF <u>ARIZONA</u>
COUNTY OF <u>MARICOPA</u> } ss.

ON <u>06/10/2022</u> BEFORE ME, <u>Joshua Ferman</u>

PERSONALLY APPEARED <u>VALERIE ABER,         ATTORNEY-IN-FACT</u>

WHO PROVED TO ME ON THE BASIS OF SATISFACTORY EVIDENCE TO BE THE PERSON(S) WHOSE NAME(S) IS/ARE SUBSCRIBED TO THE WITHIN INSTRUMENT AND ACKNOWLEDGED TO ME THAT HE/SHE/THEY EXECUTED THE SAME IN HIS/HER/THEIR AUTHORIZED CAPACITY(IES) AND THAT BY HIS/HER/THEIR SIGNATURE(S) ON THE INSTRUMENT THE PERSON(S), OR THE ENTITY UPON BEHALF OF WHICH THE PERSON(S) ACTED, EXECUTED THE INSTRUMENT.

I CERTIFY UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF ARIZONA THAT THE FOREGOING PARAGRAPH IS TRUE AND CORRECT.

WITNESS MY HAND AND OFFICIAL SEAL.

SIGNATURE _____

JOSHUA FERMAN
Notary Public · State of Arizona
MARICOPA COUNTY
Commission # 561267
Expires April 12, 2023

THIS AREA FOR OFFICIAL NOTORIAL SEAL

# GREAT AMERICAN INSURANCE COMPANY®
Administrative Office: 301 E 4TH STREET • CINCINNATI, OHIO 45202 • 513-369-5000 • FAX 513-723-2740

The number of persons authorized by
this power of attorney is not more than   one

Bond No. E706584

## POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS: That the GREAT AMERICAN INSURANCE COMPANY, a corporation organized and existing under and by virtue of the laws of the State of Ohio, does hereby nominate, constitute and appoint the person or persons named below its true and lawful attorney-in-fact, for it and in its name, place and stead to execute on behalf of the said Company, as surety, the specific bond, undertaking or contract of suretyship referenced herein; provided that the liability of the said Company on any such bond, undertaking or contract of suretyship executed under this authority shall not exceed the limit stated below. The bond number on this Power of Attorney must match the bond number on the bond to which it is attached or it is invalid.

| Name | Address | Limit of Power |
|---|---|---|
| Valerie Aber | 13341 W Indian School Road, Suite 305<br>Litchfield Park, AZ  85340 | $42225— |

IN WITNESS WHEREOF the GREAT AMERICAN INSURANCE COMPANY has caused these presents to be signed and attested by its appropriate officers and its corporate seal hereunto affixed this    10th    day of    June   , 2022   .

Attest                                    GREAT AMERICAN INSURANCE COMPANY

*Assistant Secretary*

*Divisional Senior Vice President*
MARK VICARIO (877-377-2405)

STATE OF OHIO, COUNTY OF HAMILTON - ss:
On this 10th    day of    June   , 2022, before me personally appeared MARK VICARIO, to me known, being duly sworn, deposes and says that he resides in Cincinnati, Ohio, that he is a Divisional Senior Vice President of the Bond Division of Great American Insurance Company, the Company described in and which executed the above instrument; that he knows the seal of the said Company; that the seal affixed to the said instrument is such corporate seal; that it was so affixed by authority of his office under the By-Laws of said Company, and that he signed his name thereto by like authority.

SUSAN A KOHORST
Notary Public
State of Ohio
My Comm. Expires
May 18, 2025

This Power of Attorney is granted by authority of the following resolutions adopted by the Board of Directors of Great American Insurance Company by unanimous written consent dated June 9, 2008.

*RESOLVED: That the Divisional President, the several Divisional Senior Vice Presidents, Divisional Vice Presidents and Divisonal Assistant Vice Presidents, or any one of them, be and hereby is authorized, from time to time, to appoint one or more Attorneys-In-Fact to execute on behalf of the Company, as surety, any and all bonds, undertakings and contracts of suretyship, or other written obligations in the nature thereof; to prescribe their respective duties and the respective limits of their authority; and to revoke any such appointment at any time.*

*RESOLVED FURTHER: That the Company seal and the signature of any of the aforesaid officers and any Secretary or Assistant Secretary of the Company may be affixed by facsimile to any power of attorney or certificate of either given for the execution of any bond, undertaking, contract of suretyship, or other written obligation in the nature thereof, such signature and seal when so used being hereby adopted by the Company as the original signature of such officer and the original seal of the Company, to be valid and binding upon the Company with the same force and effect as though manually affixed.*

## CERTIFICATION

I, STEPHEN C. BERAHA, Assistant Secretary of Great American Insurance Company, do hereby certify that the foregoing Power of Attorney and the Resolutions of the Board of Directors of June 9, 2008 have not been revoked and are now in full force and effect.

Signed and sealed this 10th    day of    June   , 2022   .



S1158E (05/20)

*Assistant Secretary*