# EXHIBIT B

## Daniel S. Alter

| | |
|---|---|
| **From:** | Daniel S. Alter |
| **Sent:** | Thursday, June 23, 2022 2:36 AM |
| **To:** | Michael Levine; judge_drain@nysb.uscourts.gov |
| **Cc:** | Leslie Wybiral; Dorothy Li; Bill Coleman; tklestadt_klestadt.com; Taylor Jones; Brendan Scott; Jacqueline Tran; Eddie Andino; Edward Smith; Robert Spolzino |
| **Subject:** | Re: In re Mosdos Chofetz Chaim Inc., No. 21-7023 |

Dear Judge Drain —

I write respectfully in response to the troubling letter that Mr. Levine submitted to the Court yesterday. As Mr. Levine has known for many weeks now, I am presently out of the country and will not return to my office until Monday. And yet — rather than simply contacting me upon my return to confirm the status of the physical bond documentation — he felt it necessary to launch into his latest accusatory rant.

I do not and will not know where the documentation is until I return next week. But I shall address the matter promptly on Monday.

Based upon historical experience, however, I expect Mr. Levine to respond to this communication with another rhetorical assault. Because of my traveling circumstances and a family emergency at home, I shall be unable to address any additional submissions until Monday.

Respectfully,

Daniel S. Alter

Get Outlook for iOS

*Daniel S. Alter*, Esq. | *Partner*



ABRAMS | FENSTERMAN, LLP
ATTORNEYS AT LAW
Long Island · Brooklyn · White Plains · Rochester · Albany · Manhattan

**White Plains Office**
81 Main Street Suite 400
White Plains, New York 10601
914-607-7010 x497 | Phone
914-298-2283 | Direct
914-298-2284 |    Fax
DAlter@Abramslaw.com
www.abramslaw.com

CONFIDENTIALITY NOTICE: This e-mail may be an attorney-client communication and may contain information that is privileged and confidential and is therefore subject to legal restrictions and penalties regarding its unauthorized disclosure or other use. If you are not the intended recipient you are prohibited from copying, forwarding, distributing, disseminating, or otherwise viewing this e-mail and any attachments hereto. Please notify the sender and delete this e-mail if you are not the intended recipient.
AF/01

1