# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208–7 | User: admin | Date Created: 7/1/2022 |
| Case: 21–07023–shl | Form ID: 144 | Total: 33 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
| | |
|---|---|
| pla | Congregants of Mosdos Chofetz Chaim, Inc. |
| dft | Mosdos Chofetz Chaim Inc. |
| dft | Chofetz Chaim Inc. |
| dft | TBG Radin LLC |
| dft | Shem Olam LLC |
| dft | Congregation Radin Development Inc. |
| dft | Aryeh Zaks |
| dft | Beatrice Waldman Zaks |
| dft | Eliyahu Layosh |
| dft | Mendel Zaks |
| dft | Gittel Zaks Layosh |
| dft | Samuel Markowitz |
| dft | Yom T. Henig |
| dft | Deborah Zaks Hillman |
| dft | Steven Green |
| dft | Daniel Green |
| dft | Abraham Zaks |
| dft | Sterling National Bank |

TOTAL: 18

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| aty | Andrew Brown | abrown@klestadt.com |
| aty | Brendan M. Scott | bscott@klestadt.com |
| aty | Brian K. Condon | Brian@CondonPaxos.com |
| aty | Michael Levine | ml@levlaw.org |
| aty | Robert A Spolzino | rspolzino@abramslaw.com |
| aty | Tracy L. Klestadt | tklestadt@klestadt.com |

TOTAL: 6

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | |
|---|---|
| smg | United States Attorney's Office   Southern District of New York   Attention: Tax & Bankruptcy Unit   86 Chambers Street, Third Floor   New York, NY 10007 |
| smg | Westchester County Sheriff's Dept.   Room L 217   110 Dr. Martin Luther King Blvd.   White Plains, NY 10601–2519 |
| smg | N.Y. State Dept. Of Taxation And Finance   Bankruptcy/Special Procedures Section   P.O. Box 5300   Albany, NY 12205–0300 |
| smg | New York City Department of Finance   Office of Legal Affairs   375 Pearl Street, 30th Floor   New York, NY 10038 |
| smg | Parking Violations Bureau   210 Joralemon Avenue   Brooklyn, NY 11201 |
| smg | N.Y. State Unemployment Insurance Fund   P.O. Box 551   Albany, NY 12201–0551 |
| smg | New York State Tax Commission   Bankruptcy/Special Procedures Section   P.O. Box 5300   Albany, NY 12205–0300 |
| smg | United States Attorney's Office   Southern District of New York   Attention: Tax & Bankruptcy Unit   86 Chambers Street, Third Floor   New York, NY 10007 |
| ust | United States Trustee   Office of the United States Trustee   U.S. Federal Office Building   201 Varick Street, Room 1006   New York, NY 10014 |

TOTAL: 9