ABRAMS FENSTERMAN, LLP
81 Main Street, Suite 400
White Plains, New York 10601
(914) 607-7010
Daniel S. Alter
*Counsel for Nonparty Movants*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br>MOSDOS CHOFETZ CHAIM INC.,<br>Debtor. | Chapter 11 – Post Confirmation<br>Case No. 12-23616 (RDD) |
| CONGREGANTS OF MOSDOS CHOFETZ CHAIM INC. A/K/A KIRYAS RADIN,<br>Plaintiffs,<br>- against -<br>MOSDOS CHOFETZ CHAIM INC., CHOFETZ CHAIM INC., TBG RADIN LLC, SHEM OLAM, LLC, CONGREGATION RADIN DEVELOPMENT INC., ARYEH ZAKS, BEATRICE WALDMAN ZAKS, MENDEL ZAKS, GITTEL ZAKS LAYOSH, ELIYAHU LAYOSH, SAMUEL MARKOWITZ, DEBORAH ZAKS HILLMAN, YOM T. HENIG, STEVEN GREEN, DANIEL GREEN, ABRAHAM ZAKS and STERLING NATIONAL BANK,<br>Defendants. | Adv. Proc. No. 21-7023 (SHL)<br><br>**DECLARATION OF DANIEL S. ALTER** |

DANIEL S. ALTER, under penalty of perjury and pursuant to 28 U.S.C. § 1746, submits this declaration in accordance with this Court's order of June 30, 2022 ("June 30th Order"), denying defendant Congregation Radin Development Inc.'s motion to vacate the stay pending appeal ("Stay") entered by the Court on June 3, 2022.

1. I am an attorney for the nonparty Mayer Zaks and certain other nonparties who are the beneficiaries of the Stay, and I make this declaration based upon my personal knowledge.

2. In relevant part, the June 30th Order directed nonparty Mayer Zaks "to obtain and file with the Court written certification from the Great American Insurance Company that the original copies of the appeal bonds that it issued in favor of CRDI and the Clerk of this Court (Bond Nos. E706584 and E70685, both dated June 10, 2022) are valid and enforceable."

3. Attached hereto as Exhibit A is a true and correct copy of a letter from the Great American Insurance Company, dated July 6, 2022, certifying that bonds E706584 and E706585 "are in full force and effect, and are valid and enforceable."

Dated: White Plains, New York
July 8, 2022

/s/ Daniel S. Alter
_____
Daniel S. Alter