

White Plains
81 Main Street, Suite 400
White Plains, NY 10601
914.607.7010 | P
info@abramslaw.com | E

Long Island · Brooklyn · White Plains · Rochester · Albany · Manhattan

July 25, 2022

*BY ECF*

Hon. Sean H. Lane
United States Bankruptcy Court
Southern District of New York
Charles L. Brieant Jr. Federal Building & U.S. Courthouse
300 Quarropas Street
White Plains, New York 10601

Re:  *In re Mosdos Chofetz Chaim Inc., Adv. Pro. No. 21-07023(SHL)*

Dear Judge Lane:

This firm represents nonparty Rabbi Mayer Zaks, his wife Sima Zaks, and 27 of his sons, daughters, and minor grandchildren (the "Zaks Family"). I write respectfully to follow up on the letter submitted by my colleague, Robert Spolzino, Esq., on July 18, 2022, concerning our efforts to extend the eviction stay that Judge Drain entered on June 3, 2022.

I apologize for troubling the Court again with this matter, but, as Your Honor is aware, the present stay of the Zaks Family's eviction from their homes expires on August 1, 2022. That day is drawing very close, and we cannot allow the stay to lapse without seeking further relief. The situation is further complicated by the fact that I am scheduled to be away with my family for a week beginning on August 1, 2022.

If the Court would prefer to have the application fully briefed and argued, we would respectfully request that Your Honor grant an interim continuation of the stay so that the parties to be heard in the latter part of August.

We thank the Court for its consideration of this letter.

Respectfully submitted,

Daniel S. Alter