| | |
|---|---|
| **Michael Levine, Esq.**<br>**LEVINE & ASSOCIATES, P.C.**<br>15 Barclay Road<br>Scarsdale, NY 10583<br>Telephone (914) 600-45288<br>*Attorneys for Defendants Mosdos and Chofetz Chaim, Inc.* | **Hearing Date: September 9, 2022**<br><br>**Hearing Time: 10:00 am EST** |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
In re:                                                                    : Chapter 11

**MOSDOS CHOFETZ CHAIM INC.,**                         Case No. 12-23616(rdd)
                                                                            : Post-Confirmation

                                    Debtor.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
**CONGREGANTS OF MOSDOS CHOFETZ CHAIM INC.**
**A/K/A KIRYAS RADIN,**                                        : Adv. Pro. No. 21-07023
                                    Plaintiff,
            - against –                                                  :

**MOSDOS CHOFETZ CHAIM INC., CHOFETZ CHAIM INC.,** :
**TBG RADIN LLC, SHEM OLAM, LLC, CONGREGATION**
**RADIN DEVELOPMENT INC., ARYEH ZAKS, BEATRICE**  :
**WALDMAN ZAKS, MENDEL ZAKS, GITTEL ZAKS**
**LAYOSH, ELIYAHU LAYOSH, SAMUEL MARKOWITZ,**   :
**DEBORAH ZAKS HILLMAN, YOM T. HENIG, STEVEN**
**GREEN, DANIEL GREEN, ABRAHAM ZAKS and STERLING** :
**NATIONAL BANK,**
                                    Defendants.                     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**NOTICE OF ADJOURNMENT OF HEARING ON THE MOTION BY**
**CERTAIN MOVANTS FOR AN ORDER EXTENDING**
**THE COURT'S PRIOR CONDITIONAL STAY OF**
**ENFORCEMENT OF THE COURT'S APRIL 14, 2022 ORDER**

**PLEASE TAKE NOTICE** that the hearing previously scheduled to take place on August 15, 2022, on the motion by Rabbi Mayer Zaks, *et. al.* [DE-270] for an Order extending the Court's June 3, 2022 Order [DE-246] conditionally staying portions of the Court's prior April 14, 2022 Order [DE-198], has been adjourned to **September 9, 2022 at 10:00 am prevailing Eastern Standard Time**, or as soon thereafter as counsel can be heard, and will be held before the United

States Bankruptcy Court for the Southern District of New York (Hon. Sean H. Lane), via a ZoomGov remote virtual appearance at the United States Courthouse, located at 300 Quarropas Street, White Plains, NY 10601.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with General Order M-543, the Hearing will be conducted virtually using both telephonic and videoconferencing solutions as set forth herein. The Court shall utilize Zoom (for audio and video purposes). The Zoom link shall be provided by the Court to any persons wishing to participate in the hearing. To participate, you must contact the Clerk's Office, Attn: Liza Ebanks, for instructions on registering for an appearance. In the event that there is an error or malfunction with Zoom, the Hearing will proceed by-dial-in by using the telephone number provided in the Zoom dial-in invitation or another number to be provided by the Court if that dial-in number also does not function properly.

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be adjourned from time to time as set forth in open Court and without further notice.

Dated: Edgemont, New York
      August 11, 2022

                                          **LEVINE & ASSOCIATES, P.C.**

                                          By: _____s/*Michael Levine*_____
                                                 Michael Levine
                                          15 Barclay Road
                                          Scarsdale, NY  10583
                                          Telephone (914) 600-4288
                                          Facsimile (914) 725-4778
                                          e-mail: ml@LevLaw.org
                                          *Attorneys for Defendants Mosdos*
                                          *and Chofetz Chaim Inc.*