# Great American Insurance Company

In the **United States Bankruptcy** Court
**Southern District** State of New York

| | |
|---|---|
| MOSDOS CHOFETZ CHAIM INC.<br>Debtor.<br><br>CONGREGANTS OF MOSDOS CHOFETZ CHAIM INC. A/K/A/ KIRYAS RADIN,<br>Plaintiff,<br><br>vs<br><br>MOSDOS CHOFETZ CHAIM INC., CHOFETZ CHAIM INC., TBG RADIN LLC, SHEM OLAM, LLC, CONGREGATION RADIN DEVELOPMENT INC., ARYEH ZAKS, BEATRICE WALDMAN ZAKS, MENDEL ZAKS, GITTEL ZAKS LAYOSH, ELIYAHU LAYOSH, SAMUEL MARKOWITZ, DEBORAH ZAKS HILLMAN, YOM T. HENIG, STEVEN GREEN, DANIEL GREEN, ABRAHAM ZAKS and STERLING NATIONAL BANK,<br>Defendants, | Case No. **12-23616 rdd**<br><br>UNDERTAKING UNDER SECTION **Appeal**<br><br>Great American Insurance Company<br>301 E 4th St<br>Cincinnati, OH 45202 |

WHEREAS MAYER ZAKS, ON BEHALF OF HIMSELF AND SIMA ZAKS, WEINTRAUB, ARON ZAKS, HENOCH ZAKS, YOSEF TZVI ZAKS, NACHUM Z. BRODY, LEAH BRODY, YISROEL HOCHMAN, AND FAIGY HOCHMAN ("THE ZAKS") DESIRES TO GIVE AN UNDERTAKING FOR AN APPEAL FROM THE ORDER OF THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK "BANKRUPTCY COURT"), DATED APRIL 14, 2022 ("APRIL 14TH ORDER), EVICTING THE ZAKS FROM THEIR HOMES(THE "APPEAL"),

NOW THEREFORE, THE UNDERSIGNED SURETY, DOES HEREBY OBLIGATE ITSELF, JOINTLY AND SEVERALLY, TO CONGREGATION RADIN DEVELOPMENT INC., UNDER SAID STATUTORY OBLIGATIONS, IN THE SUM OF FOURTEEN THOUSAND SEVENTY FIVE DOLLARS ($14,075). THAT OBLIGATION IS MADE TO PAY FUTURE USE AND OCCUPANCY CHARGES FOR THE ZAKS' RESIDENTIAL UNITS, AS CALCULATED AND DIRECTED IN ACCORDANCE WITH THE BANKRUPTCY COURT'S ORDER OF JULY 27, 2022.

THE CONDITION OF THIS OBLIGATION IS SUCH THAT, IF THE ZAKS SHALL WELL AND TRULY PROSECUTE THE APPEAL WITH EFFECT AND SHALL, IF THE JUDGMENT OF THE APPELLATE COURT BE AGAINST IT, PERFORM SUCH JUDGMENT OR DECREE OF SAID COURT, AND PAY ALL SUCH SUMS AS MAY BE AWARDED AGAINST IT ON SUCH APPEAL, THEN THIS OBLIGATION SHALL BE VOID, OTHERWISE TO REMAIN IN FULL FORCE AND EFFECT, THE CONDITION FOR PAYMENT OF THE BOND IS THE DISMISSAL; OF THE APPEAL OR THE AFFIRMANCE OF THE APPEAL OF THE BANKRUPTCY COURT'S JUDGEMENT OF APRIL 14, 2022 OR ANY MODIFIED JUDGEMENT IN FAVOR OF CONGREGATION RADIN DEVELOPMENT INC.

IN WITNESS WHEREOF, The corporate seal and name of the said Surety Company is hereto affixed and attested by **Valerie Aber** who declares under penalty of perjury that he is its duly authorized Attorney-in-Fact acting under an unrevoked power of attorney on file with the Clerk of the County in which above entitled Court is located.

Executed at **Litchfield Park, AZ**, **29th** on **July 2022**

Bond No. **E707023**

Great American Insurance Company

Attorney-in-Fact **Valerie Aber**

> A NOTARY PUBLIC OR OTHER OFFICER COMPLETING THIS CERTIFICATE VERIFIES ONLY THE IDENTITY OF THE INDIVIDUAL WHO SIGNED THE DOCUMENT TO WHICH THIS CERTIFICATE IS ATTACHED, AND NOT THE TRUTHFULNESS, ACCURACY, OR VALIDITY OF THAT DOCUMENT

STATE OF __ARIZONA__

COUNTY OF __MARICOPA__ } SS.

ON __07/29/2022__ BEFORE ME, __Joshua Ferman__

PERSONALLY APPEARED __VALERIE ABER,__    __ATTORNEY-IN-FACT__

WHO PROVED TO ME ON THE BASIS OF SATISFACTORY EVIDENCE TO BE THE PERSON(S) WHOSE NAME(S) IS/ARE SUBSCRIBED TO THE WITHIN INSTRUMENT AND ACKNOWLEDGED TO ME THAT HE/SHE/THEY EXECUTED THE SAME IN HIS/HER/THEIR AUTHORIZED CAPACITY(IES) AND THAT BY HIS/HER/THEIR SIGNATURE(S) ON THE INSTRUMENT THE PERSON(S), OR THE ENTITY UPON BEHALF OF WHICH THE PERSON(S) ACTED, EXECUTED THE INSTRUMENT.

I CERTIFY UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF ARIZONA THAT THE FOREGOING PARAGRAPH IS TRUE AND CORRECT.

WITNESS MY HAND AND OFFICIAL SEAL.

SIGNATURE _____

[Notary Seal: JOSHUA FERMAN, Notary Public - State of Arizona, MARICOPA COUNTY, Commission # 561267, Expires April 12, 2023]

THIS AREA FOR OFFICIAL NOTORIAL SEAL

# GREAT AMERICAN INSURANCE COMPANY®
Administrative Office: 301 E 4TH STREET • CINCINNATI, OHIO 45202 • 513-369-5000 • FAX 513-723-2740

The number of persons authorized by
this power of attorney is not more than    one

Bond No.  E707023

## POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS: That the GREAT AMERICAN INSURANCE COMPANY, a corporation organized and existing under and by virtue of the laws of the State of Ohio, does hereby nominate, constitute and appoint the person or persons named below its true and lawful attorney-in-fact, for it and in its name, place and stead to execute on behalf of the said Company, as surety, the specific bond, undertaking or contract of suretyship referenced herein; provided that the liability of the said Company on any such bond, undertaking or contract of suretyship executed under this authority shall not exceed the limit stated below. The bond number on this Power of Attorney must match the bond number on the bond to which it is attached or it is invalid.

| Name | Address | Limit of Power |
|---|---|---|
| Valerie Aber | 13341 W Indian School Rd, Suite 305, Litchfield Park, AZ 85340 | $14,075.00 |

IN WITNESS WHEREOF the GREAT AMERICAN INSURANCE COMPANY has caused these presents to be signed and attested by its appropriate officers and its corporate seal hereunto affixed this    29th  day of   July   , 2022.
Attest                                                                                                                                        GREAT AMERICAN INSURANCE COMPANY



*Assistant Secretary*                                                                                           *Divisional Senior Vice President*
                                                                                                                       MARK VICARIO (877-377-2405)

STATE OF OHIO, COUNTY OF HAMILTON - ss:
On this   29th   day of   July   , 2022  , before me personally appeared MARK VICARIO, to me known, being duly sworn, deposes and says that he resides in Cincinnati, Ohio, that he is a Divisional Senior Vice President of the Bond Division of Great American Insurance Company, the Company described in and which executed the above instrument; that he knows the seal of the said Company; that the seal affixed to the said instrument is such corporate seal; that it was so affixed by authority of his office under the By-Laws of said Company, and that he signed his name thereto by like authority.



SUSAN A KOHORST
Notary Public
State of Ohio
My Comm. Expires
May 18, 2025

This Power of Attorney is granted by authority of the following resolutions adopted by the Board of Directors of Great American Insurance Company by unanimous written consent dated June 9, 2008.

*RESOLVED: That the Divisional President, the several Divisional Senior Vice Presidents, Divisional Vice Presidents and Divisonal Assistant Vice Presidents, or any one of them, be and hereby is authorized, from time to time, to appoint one or more Attorneys-in-Fact to execute on behalf of the Company, as surety, any and all bonds, undertakings and contracts of suretyship, or other written obligations in the nature thereof; to prescribe their respective duties and the respective limits of their authority; and to revoke any such appointment at any time.*

*RESOLVED FURTHER: That the Company seal and the signature of any of the aforesaid officers and any Secretary or Assistant Secretary of the Company may be affixed by facsimile to any power of attorney or certificate of either given for the execution of any bond, undertaking, contract of suretyship, or other written obligation in the nature thereof, such signature and seal when so used being hereby adopted by the Company as the original signature of such officer and the original seal of the Company, to be valid and binding upon the Company with the same force and effect as though manually affixed.*

## CERTIFICATION

I, STEPHEN C. BERAHA, Assistant Secretary of Great American Insurance Company, do hereby certify that the foregoing Power of Attorney and the Resolutions of the Board of Directors of June 9, 2008 have not been revoked and are now in full force and effect.

Signed and sealed this    29th    day of    July   , 2022.



*Assistant Secretary*

S1194E (05/20)



**GREAT AMERICAN INSURANCE GROUP**

301 East 4th Street
Cincinnati, OH 45202

GAIG.com

## GREAT AMERICAN INSURANCE COMPANY

### STATEMENT OF ASSETS, LIABILITIES AND CAPITAL & SURPLUS
### AS OF DECEMBER 31, 2021

#### ADMITTED ASSETS

| | |
|---|---:|
| Bonds | $ 4,634,160,877 |
| Stocks | 1,342,077,362 |
| Mortgage loans on real estate | 610,128,154 |
| Real estate (net of encumbrances) | 2,157,418 |
| Cash and short-term investments | 1,062,849,476 |
| Other invested assets | 1,716,473,934 |
| Receivable for securities | 720,833 |
| Investment income due and accrued | 38,264,700 |
| Agents' and premium balances | 741,660,659 |
| Reinsurance recoverable on loss payments | 62,020,920 |
| Net deferred tax asset | 80,340,794 |
| Receivable from affiliates | 12,168,429 |
| Receivable from Federal Crop Insurance Corporation | 559,865,760 |
| Company owned life insurance | 196,874,070 |
| Funds held as collateral | 6,793,165 |
| Funded deductibles | 26,797,876 |
| Other admitted assets | 46,333,163 |
| **Total** | **$ 11,137,717,640** |

#### LIABILITIES, CAPITAL AND SURPLUS

| | |
|---|---:|
| Unpaid losses and loss expenses | $ 4,806,594,991 |
| Reserve for underwriting expenses | 374,148,550 |
| Federal income taxes | 24,616,831 |
| Reserve for unearned premiums | 1,751,526,656 |
| Ceded reinsurance premiums payable | 203,873,832 |
| Funds held under reinsurance treaties | 640,117,270 |
| Retroactive reinsurance ceded | (85,777,045) |
| Provision for reinsurance | 41,494,800 |
| Other liabilities | 193,419,576 |
| Total liabilities | 8,040,015,461 |
| | |
| Capital stock | $ 15,440,600 |
| Paid in surplus | 887,143,561 |
| Special surplus funds | 77,301,464 |
| Unassigned funds | 2,117,816,554 |
| Policyholders' surplus | 3,097,702,179 |
| **Total** | **$ 11,137,717,640** |

Securities have been valued on the basis prescribed by the National Association of Insurance Commissioners.

STATE OF OHIO

COUNTY OF HAMILTON

Robert J. Schwartz, Vice President and Controller, and Stephen Baraha, Assistant Vice President and Assistant Secretary, being duly sworn, each for himself deposes and says that they are the above described officers of the Great American Insurance Company of Cincinnati, Ohio; that said Company is a corporation duly organized, existing and engaged in business as a Surety by virtue of the laws of the State of Ohio and has duly complied with all the requirements of the laws of said state applicable to said Company and is duly qualified to act as Surety under such laws; that said Company has also complied with and is duly qualified to act as Surety under Public Law 97-258 enacted September 13, 1982 (96 Stat. 1047 as amended: 31 U.S.C. 9304-9308); that to the best of their knowledge and belief the above statement is a full, true and correct Statement of the Assets, Liabilities and Capital & Surplus of the said Company as of December 31, 2021.

Subscribed and sworn to before me

this 25th day of February, 2022.

*Holly M Clayton*
Public Notary
Notary Public, State of Ohio
My Commission Expires April 28, 2025

Controller

Assistant Secretary

Annuity Group and Specialty Property & Casualty Insurance Group

GAIG.com