**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
In re:                                                                                           : Chapter 11

**MOSDOS CHOFETZ CHAIM INC.,**                                      Case No. 12-23616(rdd)
                                                                                                  : Post-Confirmation
                                                    Debtor.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
**CONGREGANTS OF MOSDOS CHOFETZ CHAIM INC.**
**A/K/A KIRYAS RADIN,**                                                     : Adv. Pro. No. 21-07023
                                                    Plaintiff,
                    - against –                                                        :

**MOSDOS CHOFETZ CHAIM INC., CHOFETZ CHAIM INC.,** :
**TBG RADIN LLC, SHEM OLAM, LLC, CONGREGATION**
**RADIN DEVELOPMENT INC., ARYEH ZAKS, BEATRICE**  :
**WALDMAN ZAKS, MENDEL ZAKS, GITTEL ZAKS**
**LAYOSH, ELIYAHU LAYOSH, SAMUEL MARKOWITZ,**   :
**DEBORAH ZAKS HILLMAN, YOM T. HENIG, STEVEN**
**GREEN, DANIEL GREEN, ABRAHAM ZAKS and STERLING** :
**NATIONAL BANK,**
                                                    Defendants.                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

## CERTIFICATION BY COUNSEL

**MICHAEL LEVINE**, co-counsel to Congregation Radin Development Inc. ("CRDI"), herby certifies as follows, pursuant to ¶ 2 of the Court's Order of June 3, 2022 [DE-246]:

1. CRDI has not received, nor has any bond been posted as security for, any of the following as of 4:00 pm on September 2, 2022:

    (a) The sum of $5,350 from Rabbi Mayer Zaks, Sima Zaks Weintraub and Shimon Zaks;

    (b) The sum of $5,350 from Nachum Z. Brody; or

    (c) The sum of $3,375 from Yisroel Hochman and Faigy Hochman.

2.    As of 4:00 pm on September 2, 2022, there has not been posted on the docket of this adversary proceeding a supersedeas bond from a commercially reputable bonding company

acceptable to the Court guaranteeing the payment in the amount of 110% of the total monetary judgments entered against any of Rabbi Mayer Zaks, Sima Zaks Weintraub, Shimon Zaks, Nachum Z. Brody, Yisroel Hochman or Faigy Hochman [DE-199 through DE-202].

Dated: Edgemont, New York
      September 2, 2022

                                                  **LEVINE & ASSOCIATES, P.C.**

                                        By:   s/ Michael Levine
                                                   Michael Levine

                                        15 Barclay Road
                                        Scarsdale, NY 10583
                                        Telephone (914) 600-4288
                                        Fax (914)725-4778
                                        *Co-counsel for CRDI*