# EXHIBIT A

| Unite Number | Family Name | Place of Study or Work | Aprox. Number of Years on the property | purported CCI Student |
|---|---|---|---|---|
| Unit 1 | Zaks | Kollel - Rabbi Mayer Zaks | 12 | Non Student |
| Unit 2 | Brody | Kollel - Rabbi Mayer Zaks | 12 | Non Student |
| Unit 3 | Empty | N/A | N/A | Non Student |
| Unit 3 | Yankelowitz | Yeshiva Shari Torah | 1 | Non Student |
| Unit 3 | Solof | Kollel in Monsey | Moved in Two weeks ago | Non Student |
| Unit 3 | Zaks/Weintraub | Grand Rabbi Mayer Zaks residence | 12 | Non Student |
| Unit 4 | Brody | Kollel - Rabbi Mayer Zaks | 12 | Non Student |
| Unit 4 | Krupko | Yeshiva Shari Torah | 3 | Non Student |
| Unit 4 | Empty | N/A |  | Non Student |
| Unit 4 | Pinchus | Ohr Samach | Moved in two weeks ago | Non Student |
| Unit 5 | Margulious | First cousin of Aryeh son Henoch - on Campus | 4 | Yes |
| Unit 6 | Weber | Rabbi in Monsey Kollel Yeshiva | 2 | Non Student |
| Unit 7 | Gradman | Kollel - Rabbi Mayer Zaks | 7 | Non Student |
| Unit 8 | Ettlinger | Rabbi in Yeshiva of Spring Valley | 2 | Non Student |
| Unit 9 | Feiner | Sharri Tefila - Kollel Gottesman | 4 | Non Student |
| Unit 9 | Henoch Zaks | Aryehs Son - on campus | 2 | Yes |
| Unit 9 | Klien | Kollel Kranzler | Moved in 4 weeks ago | Non Student |
| Unit 9 | Empty | N/A | N/A | Non Student |
| Unit 10 | Gershbaum | Kollel - Rabbi Mayer Zaks | 7 | Non Student |
| Unit 10 | Goldberg | Yeshiva Shari Torah | Moved in Two weeks | Non Student |
| Unit 10 | Abramchik | Yeshiva Shari Torah | 1 | Non Student |
| Unit 10 | Klien | Senders Yeshiva/Ohr Sameach | 8 months | Non Student |
| Unit 11 | Carmel | Kollel Abigzer | Moved in Two weeks | Non Student |
| Unit 12 | Miller | Sharri Tefila-Kollel Weiss | 3 | Non Student |
| Unit 13 | Leiberman | Yeshiva Shari Torah | 1 | Non Student |
| Unit 14 | Kalmanowitz | Brother in law of Aryeh son | 4 | Yes |
| Unit 15 | Katz | Yeshiva Sharri Torah | 1 Month | Non Student |
| Unit 15 | Bak | Kollel Chayei Olam | Moved out 2 Weeks ago | Non Student |
| Unit 15 | Stefansky | Kollel Rokach Chestnut Ridge NY | 1 | Non Student |
| Unit 15 | Birenhak | Studies on campus | 4 | Yes |
| Unit 16 | Silver | Yeshiva Shari Torah | 5 | Non Student |
| Unit 16 | Weiss | Columbia University - Yeshiva Ohr Reuvain | 5 | Non Student |

| Unit 16 | Shabbos | Kollel of Wesley Hills | 2 | Non Student |
|---|---|---|---|---|
| Unit 16 | Plutchok | Kollel in Monsey | Moved in 2 weeks ago | Non Student |
| Unit 17 | Horowitz | Teacher in Ohr Reuvain | Moved in a Month ago | Non Student |
| Unit 18 | Wulliger | Yeshiva Shari Torah | Moved in 3 Months ago | Non Student |
| Unit 19 | Salzberg | Sharri Tefila - Kollel Gottesman | Half year | Non Student |
| Unit 20 | Aryeh Zaks | 18 Mountain Ave. - on Campus | 12 | Yes |
| Unit 21 | Nathan | Kollel Lomdei Shas | 1 Month | Non Student |
| Unit 22 | Zeigler | Yeshiva Ahavas Torah | 2 | Non Student |
| Unit 23 | Presby | Kollel Rokach Chestnut Ridge NY | 6 | Non Student |
| Unit 24 | Hochman | Yeshiva Chofetz Chaim - Kollel | 5 | Non Student |
| Unit 25 | Filler | Rabbi in Monsey Kollel Yeshiva | 2 | Non Student |
| Unit 26 | Friedman | Bais Mikrah | 4 | Non Student |
| Unit 27 | Gold | Yeshiva Shari Torah | 2 | Non Student |
| Unit 27 | Noble | Kollel Rokach Chestnut Ridge NY | 1 | Non Student |
| Unit 27 | Millstein | Sharri Tefila - Kollel Weiss | One month | Non Student |
| Unit 27 | Empty | NA | | Non Student |
| Unit 28 | Filler | Sharri Torah - Kollel Weiss | Moved in 2 weeks ago | Non Student |
| Unit 28 | Zager | Brisker Kollel | Moved out 2 weeks ago | Non Student |
| Unit 28 | Gold | Kollel of Wesley Hills | 2 | Non Student |
| Unit 28 | Katz | Kollel in Monsey | Half year | Non Student |
| Unit 29 | Hess | Principle in Monroe | 4 Months | Non Student |
| Unit 30 | Russak | Rabbi at Bais Meir- Levitan Yeshiva | Half year | Non Student |
| Unit 31 | Nakdiman | Sharri Tefila - Kollel Weiss | 3 | Non Student |
| Unit 32 | Zaks | Aryehs Son Gershon - on campus | 8 | Yes |
| Unit 33 | Bachrach | Rabbi in Monsey Kollel/Yeshiva | 2 | Non Student |
| Unit 34 | Alberti | Yeshiva Toras Dovid | 1 | Non Student |
| Unit 35 | Bernstein | Torah.Org/The Judaism Site -Studys at Home | 8 | Non Student |
| Unit 36 | Freidman | Sharri Tefila - Kollel Gottesman | 2 Months | Non Student |