ABRAMS FENSTERMAN, LLP
81 Main Street, Suite 400
White Plains, New York 10601
(914) 607-7010
*Counsel for Plaintiffs*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>MOSDOS CHOFETZ CHAIM INC.,<br><br>Debtor. | Chapter 11 – Post Confirmation<br><br>Case No. 12-23616 (SHL) |
| CONGREGANTS OF MOSDOS CHOFETZ CHAIM INC. A/K/A KIRYAS RADIN,<br><br>Plaintiffs,<br><br>- against -<br><br>MOSDOS CHOFETZ CHAIM INC., CHOFETZ CHAIM INC., TBG RADIN LLC, SHEM OLAM, LLC, CONGREGATION RADIN DEVELOPMENT INC., ARYEH ZAKS, BEATRICE WALDMAN ZAKS, MENDEL ZAKS, GITTEL ZAKS LAYOSH, ELIYAHU LAYOSH, SAMUEL MARKOWITZ, DEBORAH ZAKS HILLMAN, YOM T. HENIG, STEVEN GREEN, DANIEL GREEN, ABRAHAM ZAKS and STERLING NATIONAL BANK,<br><br>Defendants. | Adv. Proc. No. 21-7023 (SHL)<br><br>**DECLARATION OF NOCHUM BRODY** |

Nochum Brody, under penalty of perjury and pursuant to 28 U.S.C. § 1746, submits this declaration in support of Movant's Order to Show Cause,

1. I am among the Movants who are presently seeking to extend the stay of the Court's prior order in this matter, which directed the eviction of me and numerous of my family members from their homes located on Kiryas Drive (a/k/a/ 1-60 Kiryas Radin Drive), in Spring Valley, Rockland County, New York.

2. I make this declaration based upon my personal knowledge and in response to certain false accusations asserted by Henoch Zaks in opposition to the Movants' request for an extended stay.

3. In his declaration, Henoch states that I "harassed a worshipper on the CRDI property for approximately thirty minutes to attempt to stop in from praying and studying in the CCI building and pressuring him not to pay rent for his housing unit." Declaration of Henoch Zaks, dated September 5, 2022, ¶ 2 n.1. That is a false statement.

4. I was recently approached by Yehudah Rusak, who asked if I was Nochum Brody. When I said yes, he asked to meet with me in person. I responded that I would be available to meet with him at my home.

5. Mr. Rusak later came to my home, where we discussed at some length the goings-on in Kiryas Radin. We also discussed the Halakhik (religious) law regarding our occupancy at Kiryas Radin, which *Mr. Rusak* inquired about.

6. I did not in any way harass or intimidate him, and I am convinced that Mr. Russak would agree. He left my home on a very cordial note.

Dated: Monsey, New York
September May 8, 2022

_____
Nochum Brody

2