# LEVINE & ASSOCIATES, P.C.
## ATTORNEYS-AT-LAW

**15 Barclay Road**
**Scarsdale, New York 10583-2707**
**e-mail: ml@LevLaw.org**
**Fax (914) 725-4778**
**Telephone (914) 600-4288**

October 3, 2022

**Via ECF and E-mail**

Hon. Sean H. Lane, U.S.B.J.
300 Quarropas Street
White Plains, NY 10601-4140

*Re: Congregants of Mosdos v. Mosdos (21-07023)*

Dear Judge Lane:

The undersigned is counsel for Chofetz Chaim Inc. ("CCI") and co-counsel with Tracy Klestadt, Esq. to Congregation Radin Development, Inc. ("CRDI"), both defendants in the above-referenced matter. We write to inform your Honor that the District Court (Hon. Philip M. Halpern) today issued a Memorandum Opinion and Order affirming this Court's (Hon. Robert D. Drain's) prior Contempt Order [DE-54], Reconsideration Order [DE-89] and First Enforcement Order [DE-122] in all respects. A copy of the same is attached for the Court's edification. We previously advised the Court that the District Court had, on September 22, 2022, affirmed in all respects the Second Enforcement Order (which Second Enforcement Order is the subject of the stay extension motion presently *sub judice* before this Court).

We bring this to the Court's attention should the Court consider this relevant to the determination of the present *sub judice* motion.

Thank you for your attention.

                                            Respectfully,

                                          s/ *Michael Levine*

                                          MICHAEL LEVINE

cc. All counsel (via ECF and email).