UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
In re:                                                                    : Chapter 11

**MOSDOS CHOFETZ CHAIM INC.,**                        Case No. 12-23616(rdd)
                                                                           : Post-Confirmation
                                          Debtor.
------------------------------------------------------X
**CONGREGANTS OF MOSDOS CHOFETZ CHAIM INC.**
**A/K/A KIRYAS RADIN,**                                    : Adv. Pro. No. 21-07023
                                          Plaintiff,
                   - against –                                      :

**MOSDOS CHOFETZ CHAIM INC., CHOFETZ CHAIM INC.,** :
**TBG RADIN LLC, SHEM OLAM, LLC, CONGREGATION**
**RADIN DEVELOPMENT INC., ARYEH ZAKS, BEATRICE** :
**WALDMAN ZAKS, MENDEL ZAKS, GITTEL ZAKS**
**LAYOSH, ELIYAHU LAYOSH, SAMUEL MARKOWITZ,**  :
**DEBORAH ZAKS HILLMAN, YOM T. HENIG, STEVEN**
**GREEN, DANIEL GREEN, ABRAHAM ZAKS and STERLING** :
**NATIONAL BANK,**
                                          Defendants.          :
------------------------------------------------------X

## ORDER DENYING MOTION TO EXTEND STAY ORDER

The Court (Hon. Robert D. Drain) having issued an Order and Judgment on April 14, 2022 [DE-198, the "Second Enforcement Order"] directing Rabbi Mayer Zaks, Sima Zaks Weintraub, Shimon Zaks, Nachum Z. Brody, Yisroel Hochman, Faigy Hochman and anyone acting with or residing with them (collectively, the "Contemnors") to convey to CRDI possession of, and to entirely vacate, or before June 15, 2022, any housing unit located at 1-50 Kiryas Radin Drive, Spring Valley, New York (the "CRDI Property"); and the Court (Hon. Robert D. Drain) having thereafter, on motion by the Contemnors, having issued an order on June 3, 2022, conditionally staying the Second Enforcement Order through August 1, 2022 [DE-246, the "Limited Duration Conditional Stay Order"] upon, *inter alia*, the payment or bonding of certain amounts to Congregation Radin Development Inc. ("CRDI") and the Clerk of the Court on the first day of

each month thereafter; and the Contemnors having thereafter moved this Court for an Order extending the Limited Duration Conditional Stay Order (the "Motion to Extend Stay"), and this Court having issued an Order to Show Cause on July 27, 2022 [DE-272] which provided, *inter alia*, that the Limited Duration Conditional Stay Order would be temporarily extended through the hearing on the Contemnors' said motion on the same terms and conditions as were set forth in the Limited Duration Conditional Stay Order, including the ongoing payment or bonding requirements; and the Court having conducted a hearing on the Motion to Extend Stay on September 9, 2022 (the "Hearing") , and at the conclusion of which having further extended the temporary stay pending a decision by this Court on the Motion to Extend the Stay; and the United States District Court for the Southern District of New York [Hon. Philip M. Halpern] having issued a Memorandum Opinion and Order dated September 22, 2022 (the "Continued Hearing"), affirming the Second Enforcement Order in all respects, and the Court having conducted a continued hearing on the Motion to Extend Stay on October 20, 2022, and upon the record of the Hearing and the Continued Hearing and all of the proceedings and pleadings herein; and, after due deliberation and for the reasons stated by the Court in its bench rulings at the Continued Hearing, it is

      **ORDERED** that the Motion to Extend Stay is denied in its entirety, and it is further

      **ORDERED** that the effectiveness of this Order shall be stayed for a period of fourteen days after its entry, and it is further

**ORDERED** that the Court shall retain exclusive jurisdiction to resolve all matters relating to, or arising in connection with, the interpretation, enforcement and/or implementation of this Order.

Dated: White Plains, N.Y.
       October 24, 2022

                                          */s/ Sean H. Lane*
                                          Hon Sean H. Lane
                                          United States Bankruptcy Judge